1476

01–2159. **State ex rel. Dunn v. Indus. Comm.** Franklin App. No. 01AP–241.

02–29. **State ex rel. Gilreath v. Indus. Comm.** Franklin App. No. 01AP–226.

02–87. **State ex rel. Ford Motor Co. v. Indus. Comm.** Franklin App. No. 00AP–813.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

02–48. **EOP–BP Tower, LLC v. Cuyahoga Cty. Bd. of Revision.** Board of Tax Appeals Nos. 99–M–1594, 99–M–1595, 99–M–1596 and 99–M–1597.

## MOTION DOCKET

02–292. **State v. Jaryga.**
Lake App. No. 99–L–179. This cause is pending before the court as a discretionary appeal and claimed appeal as of right. Upon consideration of appellant's motion for stay of court of common pleas proceedings,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

F.E. SWEENEY, J., dissents.

## MISCELLANEOUS DISMISSALS

01–2064. **State ex rel. Opre v. Milton Twp. Bd. of Trustees.**
In Quo Warranto. This cause originated in this court on the filing of a complaint for a writ of quo warranto. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.